IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                         CASE NO.:  3:06cr448/MCR

MARY J. JACKSON

## ORDER ADOPTING AND AMENDING CONDITIONS OF RELEASE

The defendant is charged by an indictment with offenses alleged to have been committed in this district.  At first appearance held on November 9, 2006, it was determined that defendant should be released under the same conditions that were imposed on her on November 3, 2006, in the United States District Court, Middle District of Florida.  It is therefore ORDERED that defendant shall continue on the same conditions she has been under with the following additional conditions:

1. She shall not apply for a passport, and;
2. She shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

DONE AND ORDERED this 9th day of November, 2006.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE